## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARON L. MULLINS, DAVID KRAMER, and WILLIAM HESS,<br><br>    Plaintiffs<br><br>        v.<br><br>RAYMOND A. SMITH,<br><br>    Defendant. | NO. 3:01-CV-0234<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 16th day of November, 2005, the Court's November 15th, 2005 Order is **VACATED** and this Order is entered in its place. Upon review of Magistrate Judge Malachy E. Mannion's Report and Recommendation (Doc.70) for clear error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 70) is **REJECTED**.

(2) The case is **REMANDED** to Magistrate Judge Mannion for consideration of Defendant's motion for summary judgment (Doc. 56) consistent with this opinion.

                                    /s/ A. Richard Caputo
                                  A. Richard Caputo
                                  United States District Judge